UNITED STATES DISTRICT COURT

THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LANCE TAYLOR HUGGINS,

    Defendant.

CR No. 1:05-30022-AA

OPINION AND ORDER

AIKEN, Chief Judge:

Defendant, appearing *pro se*, requests a copy of his entire court file, including a copy of the sentencing transcript. However, defendant provides no basis for obtaining copies of documents or the transcript at government expense.

> Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

1   - OPINION AND ORDER

28 U.S.C. § 753(f). Defendant has not filed an appeal or a motion under 28 U.S.C. § 2255, and any such motion would be untimely in any event. 28 U.S.C. § 2255(f) (imposing one-year statute of limitations). Thus, no authority supports defendant's request.

Accordingly, defendant's motion to receive copies (doc. 19) is DENIED.  IT IS SO ORDERED.

Dated this 24 day of May, 2012.

_____
Ann Aiken
United States District Judge

2    - OPINION AND ORDER